IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01225-BNB

SHAWN D. ALLEN,

      Plaintiff,

v.

WARDEN LARRY REID, and
DENNIS BURBANK,

      Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

      Plaintiff, Shawn D. Allen, is a prisoner in the custody of the Colorado Department of Corrections at the Centennial Correctional Facility at Cañon City, Colorado. Mr. Allen initiated this action by filing *pro se* a Prisoner Complaint. On June 21, 2007, Mr. Allen filed an amended complaint on the proper Prisoner Complaint form. Mr. Allen asserts constitutional claims pursuant to 42 U.S.C. § 1983.

      The court must construe the amended complaint liberally because Mr. Allen is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Allen will be ordered to file a second amended complaint.

      The court has reviewed Mr. Allen's amended complaint and finds that it is deficient because it is not complete. Instead of including all of the allegations in support of his claims in the amended complaint, Mr. Allen refers to various pages that were

attached to the original complaint but are not attached to the amended complaint. He may not do so if he wants the court to consider the allegations contained in the additional pages. Mr. Allen fails to understand that "an amended complaint supercedes the original complaint and renders the original complaint without legal effect." *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Therefore, Mr. Allen will be directed to file a second amended complaint that includes all of the claims and allegations he wishes to have the court consider in this action.

Mr. Allen also has filed two motions that are pending. On June 21, 2007, Mr. Allen filed a "Supplementary Motion to May 2007 Motions, 1983 Civil Complaint, Appointment of Counsel, Emergency Transfere [sic]" and a "Motion to Add New Civil Complaint With Current Action." The supplementary motion will be denied because it does not relate to any prior motions filed in this action. Instead, the supplementary motion relates to and supplements prior motions filed by Mr. Allen in another action he has filed in this court. The "Motion to Add New Civil Complaint With Current Action" also appears to relate to the prior motions Mr. Allen filed in his other case and will be denied. In addition, Plaintiff has not submitted a proposed amended complaint that contains the additional claims he seeks to raise in this action. However, Plaintiff is advised that he may include in the second amended complaint he will be ordered to file all of the claims he wishes to pursue in this action. Accordingly, it is

ORDERED that Mr. Allen file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Allen, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Allen fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Supplementary Motion to May 2007 Motions, 1983 Civil Complaint, Appointment of Counsel, Emergency Transfere [sic]" filed on June 21, 2007, and the "Motion to Add New Civil Complaint With Current Action" filed on June 21, 2007, are denied.

DATED July 20, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland  
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01225-BNB

Shawn D. Allen
Prisoner No. 113014
Centennial Corr. Facility
PO Box 600
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _7/20/07_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk