IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

LARRY REID, Warden, et al.,

Defendants.

---

### MINUTE ORDER

---

    It is hereby ORDERED that plaintiff's Motion to Clarify 11-02-07 Court Order (Docket No. 31) is denied. The order is self-explanatory, and this court cannot give the plaintiff legal advice. It is further

    ORDERED that the plaintiff's "Amendment of Complaint" (Docket No. 30) shall be construed as a motion to amend plaintiff's Prisoner Complaint (Docket No. 12) filed on August 1, 2007. Defendants shall file a response thereto on or before January 4, 2008.

Date: December 10, 2007