IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

LARRY REID, Warden, et al.,

Defendants.

---

## MINUTE ORDER

---

    It is hereby ORDERED that Defendants' Motion to Vacate Settlement Conference (docket nol. 44) is GRANTED finding good cause shown. The Settlement Conference set on February 14, 2008, at 1:30 p.m. is VACATED. The court will consider resetting the settlement conference following ruling on the Defendants' Motion for Summary Judgment (docket no. 43).

Date: February 5, 2008