IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

LARRY REID, Warden, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the pro se plaintiff's Motion to Subpoena CSP Records (Docket No. 48) is denied without prejudice. In the motion, plaintiff asks that defendants provide him with the name of the Sergeant who worked a certain shift on a certain date and that defendant Burbank produce a copy of a note plaintiff sent to him. Before the court will issue an order compelling defendants to provide such information and document, plaintiff must seek such information and document from defendants through appropriate discovery. See Fed. R. Civ. P. 37(a). Accordingly, the present motion shall be denied.

Date: March 12, 2008