IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

LARRY REID, Warden, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that plaintiff's "Motion to Amend Response Deposition" (Docket No. 59) is granted. Although plaintiff's request is untimely, and despite the clear language in defendants' motion for summary judgment regarding the requirements of any response by plaintiff, given the liberal treatment that must be afforded pro se plaintiffs, and pursuant to 28 U.S.C. § 1746 (Unsworn declarations under penalty of perjury), the motion will be granted. Accordingly, plaintiff's "Response to Defendants [sic] Motion for Summary Judgment" (Docket No. 49) is amended as reflected in Docket No. 59.

It is further ORDERED that plaintiff's Motion to Extend Interrogatory Deadline (Docket No. 58) is granted. The April 11, 2008, deadline for submitting written interrogatories is extended up to and including May 12, 2008. No further extension of this deadline will be granted.

Date: April 22, 2008