IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

LARRY REID, Warden, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that plaintiff's Motion to Reconsider Past Motion to Appoint Counsel (Docket No. 73) is granted. Nevertheless, the court further

ORDERS that plaintiff's request for appointment of counsel is denied for the reasons stated in this court's Minute Order of September 5, 2007 (Docket No. 21). The court once again notes, as it did in that Minute Order, that plaintiff has another action pending in this court, Civil Action No. 07-cv-01224, and that the instant motion was filed for that case and this action. In the future, plaintiff must file motions separately in each case rather than filing one document to be filed in both cases.

Date: May 28, 2008