IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01225-WDM-MJW

SHAWN D. ALLEN,

    Plaintiff,

v.

LARRY REID, Warden, and
DENNIS BURBANK,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This case is before me on the recommendation of Magistrate Judge Michael J. Watanabe (doc no 56) that Defendants' Motion for Summary Judgment (doc no 43) be granted and Defendant Burbank's Response to my initial order (doc no 70) accepting the recommendation in part. In my initial order, I granted Defendants' Motion for Summary Judgment in part but reserved ruling on whether summary judgment should enter in favor of Defendant Burbank. The key issue in this matter is whether Burbank had advance notice of a court hearing at which Plaintiff, an incarcerated prisoner, sought to appear. In Plaintiff's objection to the recommendation, he claimed that he submitted a note to Burbank on December 21, 2005 informing him of the hearing. I therefore ordered Defendant Burbank to show cause why Plaintiff's sworn complaint and other materials were not sufficient to demonstrate a genuine issue of material fact regarding Burbank's knowledge of the hearing. In response, Defendant Burbank offers as evidence a copy of the

December 21, 2005 note submitted by Plaintiff, which contains no reference to any upcoming hearing (contrary to Plaintiff's assertion).  Under the circumstances, it appears that Plaintiff has not proffered evidence sufficient to create a genuine issue of fact regarding Burbank's knowledge of Plaintiff's hearing and summary judgment in Burbank's favor is warranted.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe (doc no 56) is accepted in its entirety.

2. Defendants' Motion for Summary Judgment (doc no 43) is granted in its entirety.

3. Summary judgment shall enter in favor of Defendant Burbank on all claims. Defendant Burbank may have his costs.

DATED at Denver, Colorado, on June 17, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge